**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1958**

BRENDA BROWN,

    Plaintiff - Appellant,

  v.

GREEN SPRING VILLAGE INCORPORATED,

    Defendant – Appellee,

  and

ERICKSON RETIREMENT COMMUNITY GREEN SPRING VILLAGE,

    Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:08-cv-01043-LMB-TRJ)

Submitted: July 30, 2010    Decided: August 16, 2010

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brenda Brown, Appellant Pro Se. Tyler Brown, JACKSON LEWIS LLP, Reston, Virginia; Jennifer Anne Harper, JACKSON LEWIS LLP, Vienna, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Brown appeals the district court's final order granting summary judgment to Green Spring Village, Inc. on Brown's remaining claim under the Family Medical Leave Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Green Spring Village, Inc., No. 1:08-cv-01043-LMB-TRJ (E.D. Va. filed Aug. 21, 2009; entered Aug. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2